### 2883. CASON *v.* TYE.

HILL, C. J. 1. A. employed B. under a written contract as an overseer and laborer for the year 1909, beginning January 1 and ending December 31 thereafter, at stipulated wages for the year, payable monthly. In October A. discharged B. from his employment, and B., at the expiration of the year, brought suit against A. to recover damages for breach of the contract, alleging that his discharge was wrongful, setting out the contract, and claiming the right to recover the balance of his wages due thereafter. *Held,* that the action was one ex contractu. Civil Code (1910), § 3588; *Rogers* v. *Parham,* 8 *Ga.* 190; *Britt* v. *Hays,* 21 *Ga.* 157. *Held,* further, that a claim for the amount of money which B. had paid at the request of A. to one of his employees, and a claim for the amount of money which A. had agreed to pay B. for the hire of a mule during the year, were properly joined in the same action. Civil Code (1910), § 5521.

2. No error of law appears; and, while the evidence in support of the verdict is weak and unsatisfactory, it was sufficient to satisfy the jury and the trial judge, and the judgment overruling the motion for a new trial is *Affirmed.*

Action on contract; from city court of Sparta—Judge Moore. July 22, 1910.

*E. P. Davis,* for plaintiff in error.

*L. D. McGregor,* contra.

---

### 2893. POPE *v.* GROVENSTEIN & BISHOP.

HILL, C. J. The principal issue in the case was as to an accord and satisfaction, and on this issue the evidence was in direct conflict. The presiding judge, in the hearing of the jury, refused a verbal request to charge the law relating to this defense, on the ground that it had not been proved. This was error demanding the grant of a new trial, for this was the controlling issue. *Judgment reversed.*

DECIDED JUNE 7, 1911.

Complaint; from city court of Greenville—Judge Revill. July 16, 1910.

*N. F. Culpepper,* for plaintiff in error.